In the Matter of JOMO WILLIAMS, Appellant, v W.C. THOMPSON, JR., et al., Respondents.

Submitted September 13, 2010; decided November 23, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

914

the proceeding within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic.